1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    WAYNE L. McCONICO, II,

11              Petitioner,                    No. CIV S-07-1342 GEB KJM P

12        vs.

13    N. DAWSON, et al.,

14              Respondents.              <u>ORDER</u>

15    _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. §  2254  together with an application to proceed in forma

18    pauperis.

19          Examination of the in forma pauperis application reveals that petitioner is unable

20    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21    granted.  <u>See</u> 28 U.S.C. § 1915(a).

22          Since petitioner may be entitled to relief if the claimed violation of constitutional

23    rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

24          Petitioner has also filed a motion for the appointment of counsel.  There currently

25    exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>,

26    105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R.

Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's application to proceed in forma pauperis is granted;

2.  Respondents are directed to file a response to petitioner's habeas petition

within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

answer shall be accompanied by all transcripts and other documents relevant to the issues

presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, petitioner's opposition or

statement of non-opposition to the motion shall be filed and served within thirty days after

service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

thereafter.   Petitioner is advised that a failure to oppose any motion "may be deemed a waiver of

any opposition to the granting of the motion . . . "   Local Rule 78-230(m);

5.  The Clerk of the Court shall serve a copy of this order together with a copy of

the amended petition for writ of habeas corpus filed July 27, 2007 on Michael Patrick Farrell,

Senior Assistant Attorney General; and

6.  Petitioner's July 23, 2007 request for the appointment of counsel is denied.

DATED:  November 20, 2007.

_____
U.S. MAGISTRATE JUDGE

2

mcco1342.100(ap7-23)