IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE LEE McCONICO, II,

    Petitioner,                   No. CIV S-07-1342 GEB KJM P

  vs.

N. Dawson,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus.  On January 10, 2008, respondent filed a request for an additional sixty days in which to file an answer; this court granted the request on January 17, 2008.  On January 25, 2008, petitioner filed a motion to "quash" the extension request, together with a "motion for stay of execution of parole and conditions of parole."

        Petitioner has presented no cogent reason why respondent's request for additional time should have been denied.  Moreover, petitioner has provided no basis for his parole to be stayed[1] or why conditions of parole should not be imposed, apart from his claim of actual

---

[1] Although this request is less than clear, the court interprets it to be a request that petitioner be released from prison without having to serve a term of parole rather than a request that petitioner remain in prison.

1

1 innocence. Petitioner has presented nothing apart from a sentence in a letter from his state
2 appellate counsel suggesting that he is actually innocent. Even assuming that such a claim could
3 support the type of relief petitioner has requested, he has not made a competent showing of his
4 innocence.
5     IT IS THEREFORE ORDERED that petitioner's motion to quash the request for
6 an enlargement of time and for a stay of his parole (doc. no. 13) is denied.
7 DATED: March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

12 2
13 mcco1342.qeot