IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE L. McCONICO, II,** | CIV S-07-1342 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **N. DAWSON, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 17, 2008 (docket no. 14).

DATED: March 19, 2008.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1